Jonathan Shub
Scott Alan George
SEEGER WEISS LLP
550 Broad Street
Suite 920
Newark, NJ 07102
Phone: 973-639-9100
Fax: 973-639-9393

*All Plaintiffs' Counsel on Signature Line*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIE RITA KENNEDY-LEBAR AND CHRIS MURPHY, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | CASE NUMBER:<br>2:10-cv-05126-KM-MF<br><br>**Honorable Kevin McNulty**<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 15, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom PO 03 of the above-captioned Court, located at 50 Walnut Street, Newark, New Jersey 07101, the Honorable Kevin McNulty presiding, Plaintiffs Marie Rita Kennedy-Lebar, Chris

Murphy, D. Alexander Davis, and Ludette Crisler will, and hereby do, move this Court to:

1. Preliminarily approve the Settlement Agreement ("Settlement Agreement" or "Settlement"), attached as Exhibit A to the Declaration of G. Arthur Meneses.

2. Conditionally certify, for settlement purposes only, a settlement class consisting of all persons and entities who purchased or leased, within the United States of America, any 2005 and 2006 model year Audi A4 (B7) vehicle, 2005 model year Audi A4 (B6) vehicle, and 2004, 2005, 2006 and 2007 (pre-GP) model year Volkswagen Touareg vehicle, imported and distributed by defendant Volkswagen Group of America, Inc., for sale or lease in the United States of America, which was equipped with factory installed HID Headlight Parts.

3. Appoint Plaintiffs as Class Representatives.

4. Appoint Initiative Legal Group APC, Strategic Legal Practices APC, Seeger Weiss LLP, The Law Office of Robert Starr, Patrick Law Firm, P.C., Premier Legal Center, A.P.C., Bailey Perrin Bailey and Hughes Ellzey, LLP as Class Counsel.

5. Set a hearing date for final approval of the class action settlement.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of Motion for Preliminary

Approval of Class Action Settlement; (3) the Declaration of G. Arthur Meneses; (4) the [Proposed] Order Granting Preliminary Approval of Class Action Settlement, filed concurrently herewith; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing of this Motion.

Dated:  September 21, 2012                                Respectfully submitted,
                                                          Seeger Weiss LLP


                                                   By:  /s/ Scott Alan George
                                                          Scott Alan George
                                                          Jonathan Shub
                                                          sgeorge@seegerweiss.com
                                                          Seeger Weiss LLP
                                                          550 Broad Street
                                                          Newark, New Jersey 07102
                                                          Telephone: (215) 564-2300

                                                          Gene Williams
                                                          GWilliams@InitiativeLegal.com
                                                          Matthew T. Theriault
                                                          MTheriault@InitiativeLegal.com
                                                          Initiative Legal Group APC
                                                          1800 Century Park East, 2nd Floor
                                                          Los Angeles, California 90067
                                                          Telephone: (310) 556-5637

                                                          Payam Shahian
                                                          Pshahian@slpattorney.com
                                                          Strategic Legal Practices, APC
                                                          1875 Century Park East, Suite 700
                                                          Los Angeles, California 90067
                                                          Telephone: (310) 277-1040

Robert L. Starr
Starresq@hotmail.com
The Law Office of Robert L. Starr
23277 Ventura Boulevard
Woodland Hills, California 91364-1002
Telephone: (818) 225-9040

Steven Marchbanks
steve@premierlegalcenter.com
Premier Legal Center, A.P.C.
610 Newport Beach Center – Suite 1200
Newport Beach, California 92660
Telephone: (877) 441-4441

William Craft Hughes
craft@crafthugheslaw.com
Hughes Ellzey, LLP
2700 Post Oak Boulevard – Suite 1120
Houston, Texas 77056
Telephone: (888) 350-3931

Craig Madison Patrick
craigpatrick@att.net
Patrick Law Firm PC
3333 Lee Parkway Suite 600
Dallas, Texas 75219
Telephone:(214) 665-9510

Fletcher V. Trammell
ftrammell@bpblaw.com
Bailey Perrin Bailey
440 Louisiana Street – Suite 2100
Houston, Texas 77002
Telephone:(713) 425-7100

*Attorneys for Plaintiffs*